Judge Berman

212-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

08 CV 3512

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAC NAVIGATION LTD.,

                Plaintiff,

    -against-

HAWKNET LTD.,

                Defendant.
-----------------------------------------------------------x

08 Civ.

RULE 7.1 STATEMENT

[Stamp: APR 10 2008, U.S.D.C. S.D.N.Y. CASHIERS]

The Plaintiff, MAC NAVIGATION LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff (a private non-governmental party) is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 10, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              MAC NAVIGATION LTD.

                  By: _____
                              Peter J. Gutowski (PG 2200)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/302464.1